# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EDWARD BYRD, | Case No. CV 18-8769-JAK (JEM) |
| Plaintiff, | |
| v. | JUDGMENT |
| THE DOCTORS, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 10, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE